## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Martha H. Villasenor,

       Plaintiff,             Civil 10-871 (RHK/FLN)

vs.                  **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

       Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 23, 2010

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge